# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1211

_____

United States of America,        *
                         *

          Appellee,       *

                        *   Appeal from the United States

      v.               *   District Court for the

                        *   Eastern District of Arkansas.

Archie Bob Jenkins, Jr.,       *

                        *      [UNPUBLISHED]

         Appellant.      *

_____

Submitted: April 6, 2007
Filed: April 17, 2007

_____

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Archie Bob Jenkins (Jenkins) appeals the sentence the district court[1] imposed upon his guilty plea to possessing at least one firearm after having been convicted of multiple felonies, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). The court sentenced Jenkins to 180 months in prison and 3 years of supervised release. Jenkins's counsel moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967). In his pro se supplemental brief, Jenkins argues enhancing his sentence based on prior convictions results in double punishment. Jenkins contends

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

his "illegal incarceration" gives rise to a private cause of action against his warden, and on that basis he seeks an "equitable remedy" from this court.

We reject Jenkins's argument, see United States v. Thomas, 930 F.2d 12, 14 (8th Cir. 1991) (use of prior crimes to enhance sentence does not violate Double Jeopardy Clause), and hold his request for an equitable remedy is frivolous. Having reviewed the record independently pursuant to Penson v. Ohio, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Thus, we grant counsel's motion to withdraw, and we affirm.

_____